■  THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ISRAEL ZEF HERSKOWITZ and JULIUS MICHAEL JACOBS, Respondents.—Order of the County Court, Orange County, dated February 3, 1975, affirmed, on the opinion of Judge Dachenhausen. Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur. [80 Misc 2d 693.]

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RHASE JENKINS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 12, 1974, convicting him of criminal sale of a dangerous drug in the third degree (two counts) and criminal possession of a dangerous drug in the fourth (two counts) and sixth (two counts) degrees, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of criminal possession of a dangerous drug in the fourth and sixth degrees, and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed. Under the facts of this case, criminal possession of a dangerous drug in the fourth and sixth degrees are lesser included offenses of criminal sale of a dangerous drug in the third degree (see CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847). Cohalan, Acting P. J., Margett, Damiani, Rabin and Titone, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH MEDINA, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 1, 1973, convicting him of criminally selling a dangerous drug in the third degree, criminal possession of a dangerous drug in the fourth degree and criminal possession of a dangerous drug in the sixth degree, upon a jury verdict, and imposing sentence. Judgment modified, on the law, by reversing the convictions of criminal possession of a dangerous drug in the fourth and sixth degrees, and the sentences imposed thereon, and the said counts are dismissed. As so modified, judgment affirmed. The crimes of criminal possession of a dangerous drug in the fourth and sixth degrees are lesser included offenses of criminally selling a dangerous drug in the third degree (see CPL 300.40, subd 3, par [b]; *People v Grier,* 37 NY2d 847). Defendant's guilt of criminally selling a dangerous drug in the third degree is supported by the evidence. Hopkins, Acting P. J., Martuscello, Latham, Christ and Hawkins, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS MERLINO, Appellant.—Judgment of the County Court, Nassau County, rendered November 26, 1975, affirmed. No opinion. The case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, Acting P. J., Margett, Damiani, Rabin and Hawkins, JJ., concur.

■  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE MILES, Also Known as STEVEN RONALD MILES, Appellant.—Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County, imposed May 8, 1975. Sentence affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460.50 (subd 5). Gulotta, P. J., Hopkins, Martuscello, Latham and Cohalan, JJ., concur.